IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON  DIVISION

| | |
|---|---|
| **AUDREY CARSWELL,** : | |
| Plaintiff, : | Civil Action No. |
| : | 5:07-CV-412 (CAR): |
| v. : | |
| : | Social Security Appeal |
| **MICHAEL J. ASTRUE,** : | |
| **Commissioner of Social Security,** : | |
| Defendant. : | |

## ORDER ON REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 21] to uphold the Commissioner's decision to deny Plaintiff disability benefits.  No objection to the Recommendation was filed.  After careful consideration, the Court accepts and agrees with the findings and conclusions of the Magistrate Judge.  The Recommendation is thus **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED this 13th day of March, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL
United States District Judge

jlr